

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **REGLA MERCEDES ALFONSO-RAMOS,** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | **CIVIL ACTION NO. 1:07-CV-332** |
| § | | |
| **ACE TRANSPORTATION, INC.,** *et al.***,** § | | |
| § | | |
| *Defendants.* § | | |

### ORDER OF PARTIAL DISMISSAL OF
### INTERVENOR PLAINTIFF ALFONSO-RAMOS' CLAIMS AGAINST
### THE GUTIERREZ PARTIES PURSUANT TO SETTLEMENT

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, the Local Rules of The United States District Court for the Eastern District of Texas, Appendix B, and order of the District Court, this matter is before the undersigned United States Magistrate Judge, at Beaumont, Texas, for all proceedings and entry of judgment in accordance with the consent of the parties.  The Intervenor Plaintiff, Regla Mercedes Alfonso-Ramos, advised the Court in writing that she has settled her claims against Intervenor Defendants GHE Transport, Elio Gutierrez, and Sandra Benitez Gutierrez as representative of the Estate of Decedent Elio Gutierrez.  Accordingly, final settlement papers should be forthcoming.

It is, therefore, **ORDERED** that Intervenor Plaintiff Regla Mercedes Alfonso-Ramos' claims against Intervenor Defendants GHE Transport, Elio Gutierrez, and Sandra Benitez Gutierrez as

representative of the Estate of Decedent Elio Gutierrez are **DISMISSED** on the merits without prejudice to the right of counsel of record to move for reinstatement within sixty (60) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.  In the event the claims are reinstated, counsel retains the responsibility to re-urge any motions.

The Court finally **ORDERS** that GHE Transport, Elio Gutierrez, and Sandra Benitez Gutierrez as representative of the Estate of Decedent Elio Gutierrez are **TERMINATED** and **DISMISSED** as Intervenor Defendants.

Intervenor Plaintiff Alfonso-Ramos' claims against Defendant Ace Transportation, Inc., remain pending at this time.

It is so ordered.

**SIGNED this the 26th day of June, 2008.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE