

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **REGLA MERCEDES ALFONSO-RAMOS,** § | | |
| § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | **CIVIL ACTION NO. 1:07-CV-332** |
| § | | |
| **ACE TRANSPORTATION, INC.,** *et al.*, § | | |
| § | | |
| *Defendants.* § | | |

### JUDGMENT ON JURY VERDICT

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, the Local Rules of The United States District Court for the Eastern District of Texas, Appendix B, and order of the District Court, this matter is before the undersigned United States Magistrate Judge, at Beaumont, Texas, for all proceedings and entry of judgment in accordance with the consent of the parties.  This civil action has been heard by the Court.

On July 8, 2008, this cause came to be heard, and the parties announced ready for trial.  On that date, a jury consisting of seven qualified jurors was duly empaneled and the case proceeded to trial.

At the conclusion of evidence, the Court submitted questions of fact to the jury.  The charge of the Court and the verdict of the jury are on file in the record of this case and are incorporated by reference.  *See Jury Verdict and Court's Instructions* [Clerk's doc. #s 150, 152].  On July 11, 2008,

the jury returned its verdict on Plaintiff Regla Mercedes Alfonso-Ramos' claims against Defendant Ace Transportation, Inc., in favor of Plaintiff. Plaintiff moved for entry of judgment on the jury verdict [Clerk's doc. #144, 154]. The Court **ORDERS** that those motions [Clerk's doc. #144, 154] are **GRANTED** with respect to the entry of judgment, subject to the Court's directives stated herein.

Based upon the jury verdict, the Court now enters judgment as follows:

1. The Court orders that Plaintiff Regla Mercedes Alfonso-Ramos recover the total sum of $1,000,500.00, plus costs of court, from Defendant, Ace Transportation, Inc.

2. The Court further orders that Plaintiff is awarded prejudgment interest on the sum of $560,000.00 at the annual rate of 5%, to be paid from September 24, 2007, until the day before the entry of this judgment.

3. Post-judgment interest is payable at the rate of 2.30% per annum, compounded annually, until paid.

All relief not expressly granted herein is denied and any pending motions not addressed herein are denied. This is a final judgment and the Clerk of Court is directed to close this civil action.

**SIGNED this the 8th day of August, 2008.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE